**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IOT INNOVATIONS LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>FIBAR GROUP S.A. *and* NICE S.P.A.,<br><br>　　　　*Defendants*. | § § § § § § § § § | CASE NO. 2:25-CV-00033-JRG-RSP<br>(Lead Case) |
| IOT INNOVATIONS LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>BH SECURITY, LLC D/B/A BRINKS HOME,<br><br>　　　　*Defendant*. | § § § § § § § § § | CASE NO. 2:25-CV-00333-JRG-RSP<br>(Member Case) |
| IOT INNOVATIONS LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>NICE NORTH AMERICA LLC,<br><br>　　　　*Defendant*. | § § § § § § § § § | CASE NO. 2:25-CV-00352-JRG-RSP<br>(Member Case) |

## ORDER

Defendant Nice North America ("Defendant") previously filed a Motion to Dismiss for Improper Venue ("Motion") (Dkt. No. 48.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 83), recommending denial of Defendant's Motion. Defendant has now filed Objections (Dkt. No. 85.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES**

1

Defendant's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the

Motion (Dkt. No. 48) is **DENIED**.

    **So ORDERED and SIGNED this 31st day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE